UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-18068 |
| | ) | |
| TANESHIA SLOAN, | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

### ORDER DISMISSING CASE WITH PREJUDICE AND PERMANENT BAR

This matter came before the Court for a continued hearing on June 30, 2016 on the chapter 13 trustee's Motion for Order of Civil Contempt under Federal Rule 9020 (the "Trustee's Motion"). On March 8, 2016, an Order Dismissing Case with Prejudice (the "Dismissal Order," attached hereto) was entered which provided that the Debtor is permanently barred from filing any subsequent case without first obtaining permission to file from the Chief Judge of this court. The Dismissal Order also provided that, should the Debtor violate this order, she may be held in civil contempt by this court which may include sending the U.S. Marshal's office to attach the body of Taneshia Sloan. The Debtor did not appear at the initial hearing on the Trustee's Motion on June 23, 2016, so the Court issued a body attachment for her. The Debtor appeared at the continued hearing on June 30, 2016. For the reasons stated on the record during that hearing,

IT IS HEREBY ORDERED THAT:

1. The hearing on the Trustee's Motion is concluded.

2. Any and all of Taneshia Sloan's debts at the time this case was filed are deemed nondischargeable in any subsequent proceedings.

3. Taneshia Sloan is permanently barred from filing any subsequent case without first obtaining permission to file from the Chief Judge of this court.

4. Should Taneshia Sloan violate this Order, she may be held in civil contempt by this Court, which may include sending the U.S. Marshal's office to attach the body of Taneshia Sloan.

5. This case is dismissed with prejudice.

Enter: *Janet S. Baer* /s/

Dated: **30 JUN 2016**

United States Bankruptcy Judge

**Prepared by:**
The Chambers of The Honorable Janet S. Baer

Rev: 20130104_bko

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Taneshia Sloan<br><br><br><br><br><br>Debtor(s) | BK No.: 16-01638<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**Order Dismissing Case with Prejudice**

This matter coming before the Court on Trustee's Motion to Dismiss, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

(1) Any and all of Taneshia Sloan's debts at the time this case was filed are deemed non-dischargeable in any subsequent proceedings;

(2) Taneshia Sloan is permanently barred from filing any subsequent case without first obtaining permission to file from the Chief Judge of this court;

(3) Should Taneshia Sloan violate this Order she may be held in civil contempt by this Court which may include sending the US Marshall's office to attach the body of Taneshia Sloan;

(4) Due to the serial filings, no stay was in effect in this case;

(5) This case is dismissed with prejudice.

Enter:  *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: March 08, 2016

**Prepared by:**



EXHIBIT B